IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 1:11CR231 |
| MARION SHAWN ANDERSON, | ) | |
| | ) | The Honorable Leonie M. Brinkema |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION AND NOTICE
PURSUANT TO 21 U.S.C. § 851

The United States Attorney hereby files Notice and charges pursuant to Title 21, United States Code, Section 851, et seq., as required before trial or entry of a plea agreement of guilty, that the defendant, MARION SHAWN ANDERSON, faces enhanced punishment under Title 21, United States Code, Sections 841 and 846, since he was previously found guilty on or about May 14, 1999, in the United States District Court for the District of Maryland, of: Conspiracy to Distribute Heroin, Cocaine and Cocaine Base in violation of Title 21, United States Code, Sections 841 and 846. On September 29, 2000, the defendant was sentenced to 77 months and a 5 year term of supervised release. A copy of the certified Record in the case is attached.

        Neil H. MacBride  
        United States Attorney

By: _____/s/_____  
        Elizabeth N. Eriksen  
        Special Assistant United States Attorney  
        Office of the United States Attorney  
        2100 Jamieson Avenue  
        Alexandria, Virginia 22314  
        Tel: (703) 299-3700  
        Fax: (703) 837-8242  
        Email: beth.eriksen@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of July, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Anton J. Stelly, Esq.
P.O. Box 11276
Richmond, VA 23230-1276
Phone: 804-726-4778
Fax: 804-726-4779
Email: Tjsbmt@aol.com

                                                 /s/
                                        Elizabeth N. Eriksen
                                        Special Assistant United States Attorney
                                        Office of the United States Attorney
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia 22314
                                        Tel: (703) 299-3700
                                        Fax: (703) 837-8242
                                        Email: <u>beth.eriksen@usdoj.gov</u>